*Tuesday, September 19, 2000*

## MOTION DOCKET

00–1332. **Strathmore Village Dev. Co. II v. Ashland Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 97–D–714 and 97–D–715. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellants' motion for appeal no to be dismissed for failure to file appellants' merit brief,

IT IS ORDERED by the court that the motion for appeal not to be dismissed be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that this case shall be dismissed for want of prosecution if appellants' motion to remand is not filed by September 22, 2000.

## MISCELLANEOUS DISMISSALS

00–1341. **Larson v. Kaley.**
Portage App. No. 2000P0041. This cause is pending before the court as an appeal from the Court of Appeals for Portage County. It appears from the records of this court that appellant has not filed a merit brief, due September 13, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is dismissed, *sua sponte*.